Konecny, Appellant, vs. Olrich and others, Defendants: Mittelstadt and another, Respondents.

*January 15—February 17, 1948.*

*Clarence E. Teitgen* of Manitowoc, for the appellant.

For the respondents there was a brief by *Bendinger, Hayes & Kluwin* of Milwaukee, and oral argument by *Gerald P. Hayes.*

Hughes, J. The respondent Mittelstadt, being free from negligence, there can be no recovery by the appellant. This case is controlled by *Hoehne v. Mittelstadt,* ante, p. 170, 31 N. W. (2d) 150.

*By the Court.*—Judgment affirmed.